FILED

Name: DAVID CRUMP

Address: 1423 W. 69th ST.

LOS ANGELES CA 90047

Phone: 323 855 4294

Fax: _____

In Pro Per

2023 MAR -7  PM 2:06

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: _____

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

DAVID CRUMP

Plaintiff

v.

Social Security
Administration
Does 1-10.   Defendant(s).

CASE NUMBER: CV23-1715-GW(MAR)

42 U.S.C. 1983

Other Civil Rights
Fraud.

Seizure of Retirement
dept to Plaintiff.
( Enter document title in the space provided above)

I. JURISDICTION

1. This court has Jurisdiction under 28. USC 1331 and 28 USC 1343 Federal Jurisdiction arises pursuant to 42 USC 1983.

II. VENUE

2. Venue is Proper Pursuant to 28 1391 because events at issue in this Complaint happen in this District.

I

Page Number

CV-127 (09/09)   PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

# III PARTIES

3. PLAINTIFFS- David J. Crump 1423 West 69 Street, Los Angeles, CA.90047
4. Jean Crump-Beavers 1423 West 69th St. Los Angeles CA. 90047

## DEFENDANTS

5. Social Security Administrations, at - 230 East Spruce Ave. Inglewood, CA. 90301

Page -2-

## V.  CAUSES OF ACTION

As against defendant **The SOCIAL SECURITY ADMINISTRATION**, Plaintiff, has a claim under 42 U.S.C. 1983, THE CIVIL RIGHTS ACT OF 1964 and other civil rights.

## VI. REQUEST FOR RELIEF

**Wherefore**, the plaintiff,  **David Crump, request 18 months of my mother, Jean Crump, retirement from the Social Security Administration Retirement System "which was taken from Jean. checks from the time, that at age 9 or 10 years while working in the cotton fields in Arkansas and at age 19 in the US Marines in El Toro, CA. until at age 62 when Jean left for health reasons hers and mines." In which the US Government said it was retirement.**

**I/We request the 18 months of Jean Crump Retirement plus $150,000.00 Punitive Damages and Interest. This was while Jean was in federal prison. My mother was in the retirement plan not SSI. The  House of representatives and Senate do not know the difference between SSA AND  SSI. Please clear up this matter.**

 *I/We  declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.*

David Crump/ Jean Crump, Pro Per                     03/27/2023

                                                                        Date

Page -4-